UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-22433-Civ-Cooke/Turnoff

YAILYN BENITEZ,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden Scaz Gagain, PLLC |
| Fort Lauderdale, Florida  33339 | 201 North Armenia Avenue |
| Telephone: 954-537-2000 | Tampa, FL 33609 |
| Facsimile: 954-566-2235 | Telephone: 813-251-3632 |
| | Facsimile: 813-251-3675 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-22433-Civ-Cooke/Turnoff

YAILYN BENITEZ,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 19, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                   s/Donald A. Yarbrough
                                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF