UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22433-Civ-COOKE/TURNOFF

YAILYN BENITEZ,

    Plaintiff,

vs.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her or its own attorneys' fees and costs, except as otherwise agreed by the parties.  *See* Joint Stipulation for Dismissal with Prejudice, ECF No. 22.  The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of November 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*